# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **LaKEITH WALKER,** | ) |
| | ) |
| **Plaintiff ,** | ) |
| | ) |
| v. | )  **4:09-CV-116-VEH-PWG** |
| | ) |
| **WARDEN MARY CARTER,** | ) |
| **OFFICER ELNORA MITCHELL,** | ) |
| **and SERGEANT CHARLES BAILEY,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 10, 2009, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim for which relief can be granted. The plaintiff filed objections to the report and recommendation on July 2, 2009. The plaintiff merely restates his original claim that the defendants falsely accused him of indecent exposure.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint

is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. A Final Judgment will be entered.

    **DONE** this the 22nd day of July, 2009.

                                                 **VIRGINIA EMERSON HOPKINS**
                                                 United States District Judge